**No. 66778.**—Empire Findings Co., Inc. *v.* United States, protest 284337–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of otoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (44 Cust. Ct. 21, C.D. 2148), the claim of the plaintiff was sustained.

**No. 66779.**—Romanelli Import Export Co. *v.* United States, protests 59/28494(B) and 60/27317 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of coffee brewers the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiff was sustained.

**No. 66780.**—Charles W. Burkett, Jr. *v.* United States, protest 61/16588 (San Francisco).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.